Jennie H. Richardson, Appellant, vs. Louise DeWitt, William R. DeWitt, Emile Aubert, Julius B. E. Kottmeier, Wilhelmine T. V. Kottmeier, Charles D. L. Kottmeier and Blanche A. C. Kottmeier Appellees.

Appeal from Circuit Court, Duval county; Rhydon M. Call, Judge.

Geo. U. Walker and Porcher L'Engle, for Appellant.

A. W. Cockrell & Son, for Appellees.

The bill in this cause was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appeals.

Appeal dismissed on praecipe of counsel for appellant.

-------

T. H. Richardson and S. Emma Richardson, his wife, Appellants, vs. Benjamin Page, as administrator of the estate of Russell Coe, deceased, Appellee.

Appeal from Circuit Court, Alachua county; William A. Hocker, Judge.

Evans Haile and Geo. P. Raney, for Appellants.

Hampton & Ammons, for Appellee.